IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RANDY ARGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. G-07-488 |
| BRAZORIA COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on April 14, 2008. No objections have been filed. This court has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989. The court finds that the Memorandum and Recommendation should be, and the same is hereby, adopted as the court's Memorandum and Order. Accordingly, it is ordered that the defendants' motion for summary judgment is denied as to the use of force and false arrest damages claims asserted against defendants Woods and Fortenberry and granted as to the remaining claims and defendants.

No later than **June 2, 2008**, the parties will submit proposed scheduling and docket control orders for the issues and parties remaining in this case.

SIGNED on May 14, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge