IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RANDY ARGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. g-07-0488 |
| | § | |
| BRAZORIA COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

The plaintiff, Randy Argo, filed this suit in September 2007. His claims against Brazoria County, Texas and Charles Wagner were dismissed under FED. R. CIV. P. 12(b)(6). The claims against Officer Herman Woods and Officer Jerry Fortenberry for excessive force and wrongful arrest under 42 U.S.C. § 1983 were tried to a jury in March 2009.

The plaintiff, Randy Argo, and the defendants, Herman Woods and Jerry Fortenberry, appeared in person and through their attorneys. The jury heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. The jury's answers were accepted as the jury's verdict and entered into the record.

Based on the verdict, the following orders are entered:

1. The plaintiff, Randy Argo, recovers the sum of $500.00 from the defendant, Herman Woods.

2. The plaintiff, Randy Argo, takes nothing as to the defendant, Jerry Fortenberry, and the claims against Fortenberry are dismissed with prejudice.

3. The court awards prejudgment interest on the $500.00 at the annual rate of 10% per annum, to be paid from September 25, 2005 until the date this judgment is entered.

4. The court awards postjudgment interest on the above amounts at the rate of .59% per annum, from the date this judgment is entered until the date it is paid.

5. All other relief is denied.

This is a final judgment.

SIGNED on April 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge